**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**VELON, GEORGE III** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**VELON, CHARLENE G.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-1242** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-9176** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5109 S. Mobile Ave.**<br>**Chicago, IL 60638** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**5109 S. Mobile Ave.**<br>**Chicago, IL 60638** |
| County of Residence or of the<br>Principal Place of Business:  **Cook** | County of Residence or of the<br>Principal Place of Business:  **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)                   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/03) FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **VELON, GEORGE III** **VELON, CHARLENE G.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ GEORGE VELON, III**
Signature of Debtor **GEORGE VELON, III**

X  **/s/ CHARLENE G. VELON**
Signature of Joint Debtor **CHARLENE G. VELON**

Telephone Number (If not represented by attorney)

**October 15, 2005**
Date

**Signature of Attorney**

X  **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)
**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)
**Cohen & Krol**
Firm Name
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602-6400**
Address
**312-368-0300  Fax: 312-368-4559**
Telephone Number
**October 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ JOSEPH E. COHEN          October 15, 2005**
Signature of Attorney for Debtor(s)        Date
**JOSEPH E. COHEN**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re **GEORGE VELON, III,** Case No. _____
**CHARLENE G. VELON**
_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **ABN-AMRO MORTGAGE** <br> **8201 Innovation Way** <br> **Chicago, IL 60682-0082** | | J | **First Mortgage** <br><br> **Residence located at** <br> **5109 South Mobile Avenue** <br> **Chicago, IL 60638** <br><br> Value $ 290,000.00 | | | | 193,242.18 | 0.00 |
| Account No. <br> **LaSALLE BANK** <br> **4747 W. Irving Park Road** <br> **Chicago, IL 60641** | | J | **Home Equity** <br><br> **Residence located at** <br> **5109 South Mobile Avenue** <br> **Chicago, IL 60638** <br><br> Value $ 290,000.00 | | | | 31,645.00 | 0.00 |
| Account No. | | | <br><br> Value $ | | | | | |
| Account No. | | | <br><br> Value $ | | | | | |

**_0_** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | 224,887.18 |
| Total (Report on Summary of Schedules) | 224,887.18 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6E
(04/05)

In re  **GEORGE VELON, III,**
       **CHARLENE G. VELON**
                                                              ,
                              Debtors

Case No. _____

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_\_\_**0**\_\_\_ continuation sheets attached

Form B6F
(12/03)

In re  **GEORGE VELON, III,**
       **CHARLENE G. VELON**
                                                                    Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5996397856** <br><br> **AMRICAN MED. COLLECTION AGENCY** <br> **2269 S. Saw Mill River Road** <br> **Building 3** <br> **Elmsford, NY 10523** | | W | | | | | 46.00 |
| Account No. **10-3665-600-1** <br><br> **CARSON PIRIE SCOTT** <br> **P. O. Box 17633** <br> **Baltimore, MD 21297-1633** | | J | | | | | 999.51 |
| Account No. **4118 1603 0560 9532** <br><br> **CHASE** <br> **P. O. Box 15153** <br> **Wilmington, DE 19886-5153** | | J | | | | | 17,161.00 |
| Account No. **260134590** <br><br> **CINGULAR WIRELESS-CHICAGO** <br> **c/o ER Solutions, Inc.** <br> **500 SW 7th St., #A100** <br> **Renton, WA 98057** | | J | ERS Acct. B-10212044 | | | | 473.22 |

__3__  continuation sheets attached

Subtotal (Total of this page)    **18,679.73**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                S/N:29730-050825    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **GEORGE VELON, III,**
**CHARLENE G. VELON**
                                                                                                Case No. _____
                                                                           Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5424 1801 2851 3964** <br><br> **CITIBANK** <br> P. O. Box 688911 <br> Des Moines, IA 50368-8911 | | J | **Complaint - 05 M1-162325** | | | | 17,340.06 |
| Account No. **153894311908** <br><br> **LOYOLA UNIV. MEDICAL CENTER** <br> 2160 lSouth First Avenue <br> Maywood, IL 60153 | | H | | | | | 210.53 |
| Account No. **L1538943** <br><br> **LOYOLA UNIV. PHYSICIAN FDN.** <br> c/o Nationwide Credit & Collection, <br> P. O. Box 9004 <br> Renton, WA 98057 | | H | | | | | 71.00 |
| Account No. **1538943** <br><br> **LOYOLA UNIVERSITY MED.CTR.** <br> P. O. Box 95994 <br> Chicago, IL 60694-5994 | | H | | | | | 206.07 |
| Account No. **153894311809** <br><br> **LOYOLA UNIVERSITY MED.CTR.** <br> P. O. Box 95994 <br> Chicago, IL 60694-5994 | | H | | | | | 90.91 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **17,918.57**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **GEORGE VELON, III,**
**CHARLENE G. VELON**,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3-563-509-701**<br><br>**MARSHALL FIELD'S**<br>P. O. Box 94578<br>Cleveland, OH 44101-4578 | | J | | | | | 852.00 |
| Account No. **6717841**<br><br>**McNEAL HOSPITAL**<br>c/o Illinois Collection Service, In<br>P. O. Box 646<br>Oak Lawn, IL 60454-0646 | | J | | | | | 459.69 |
| Account No. **052065989**<br><br>**McNEAL HOSPITAL**<br>c/o Premium Asset Recovery Corp.<br>P. O. Box 5059<br>Deerfield Beach, FL 33442-5059 | | J | | | | | 241.54 |
| Account No.<br><br>**RIVERSIDE OB/GYN, S.C.**<br>3722 South Harlem Avenue<br>Riverside, IL 60546 | | W | | | | | 329.80 |
| Account No. **01-74046847797**<br><br>**SEARS CHARGE PLUS**<br>P. O. Box 182149<br>Columbus, OH 43218-2149 | | J | | | | | 4,693.26 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,576.29**

Form B6F - Cont.
(12/03)

In re **GEORGE VELON, III,**
**CHARLENE G. VELON**,
Debtors

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4 3218 2156** <br><br>**SEARS GOLD MASTERCARD** <br>P. O. Box 182156 <br>Columbus, OH 43218-2156 | | J | | | | | 6,247.04 |
| Account No. **11-50105293494** <br><br>**SEARS PREMIER** <br>P. O. Box 182149 <br>Columbus, OH 43218-2149 | | J | | | | | 3,559.86 |
| Account No. **6030 0902 0817 8592** <br><br>**TWEETER** <br>P., O. Box 960061 <br>Orlando, FL 32896-0061 | | J | | | | | 3,094.70 |
| Account No. **6032 2033 8190 3169** <br><br>**WALMART** <br>P. O. Box 96002 <br>Orlando, FL 32896-0023 | | J | | | | | 644.59 |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **13,546.19**

Total (Report on Summary of Schedules)    **56,720.78**

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **GEORGE VELON, III**
**CHARLENE G. VELON**
Debtor(s)

Case No.
Chapter  **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,200.00** |
   | Prior to the filing of this statement I have received | $ **2,200.00** |
   | Balance Due | $ **0.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 15, 2005**

**/s/ JOSEPH E. COHEN**
**JOSEPH E. COHEN**
**Cohen & Krol**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602-6400**
**312-368-0300   Fax: 312-368-4559**

# United States Bankruptcy Court
## Northern District of Illinois

In re: **GEORGE VELON, III**
**CHARLENE G. VELON**
Debtor(s)

Case No.
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **20**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 15, 2005**

**/s/ GEORGE VELON, III**
**GEORGE VELON, III**
Signature of Debtor

Date: **October 15, 2005**

**/s/ CHARLENE G. VELON**
**CHARLENE G. VELON**
Signature of Debtor

ABN-AMRO MORTGAGE
8201 Innovation Way
Chicago, IL 60682-0082


AMRICAN MED. COLLECTION AGENCY
2269 S. Saw Mill River Road
Building 3
Elmsford, NY 10523


CARSON PIRIE SCOTT
P. O. Box 17633
Baltimore, MD 21297-1633


CHASE
P. O. Box 15153
Wilmington, DE 19886-5153


CINGULAR WIRELESS-CHICAGO
c/o ER Solutions, Inc.
500 SW 7th St., #A100
Renton, WA 98057


CITIBANK
P. O. Box 688911
Des Moines, IA 50368-8911


LaSALLE BANK
4747 W. Irving Park Road
Chicago, IL 60641


LOYOLA UNIV. MEDICAL CENTER
2160 lSouth First Avenue
Maywood, IL 60153


LOYOLA UNIV. PHYSICIAN FDN.
c/o Nationwide Credit & Collection,
P. O. Box 9004
Renton, WA 98057


LOYOLA UNIVERSITY MED.CTR.
P. O. Box 95994
Chicago, IL 60694-5994

```
LOYOLA UNIVERSITY MED.CTR.
P. O. Box 95994
Chicago, IL 60694-5994


MARSHALL FIELD'S
P. O. Box 94578
Cleveland, OH 44101-4578


McNEAL HOSPITAL
c/o Illinois Collection Service, In
P. O. Box 646
Oak Lawn, IL 60454-0646


McNEAL HOSPITAL
c/o Premium Asset Recovery Corp.
P. O. Box 5059
Deerfield Beach, FL 33442-5059


RIVERSIDE OB/GYN, S.C.
3722 South Harlem Avenue
Riverside, IL 60546


SEARS CHARGE PLUS
P. O. Box 182149
Columbus, OH 43218-2149


SEARS GOLD MASTERCARD
P. O. Box 182156
Columbus, OH 43218-2156


SEARS PREMIER
P. O. Box 182149
Columbus, OH 43218-2149


TWEETER
P., O. Box 960061
Orlando, FL 32896-0061


WALMART
P. O. Box 96002
Orlando, FL 32896-0023
```