```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 56711
   GEORGE VELON III
   CHARLENE G VELON                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-1242     SSN XXX-XX-9176

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 02/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  66.00%.

     The case was converted to chapter 7 after confirmation 06/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
ABN AMRO                   CURRENT MORTG     .00            .00          .00
LASALLE BANK               CURRENT MORTG     .00            .00          .00
AMERICAN MEDICAL COLLECT   UNSECURED     NOT FILED          .00          .00
SMC                        UNSECURED        918.73          .00       202.74
ECAST SETTLEMENT CORP      UNSECURED      17464.63          .00      4064.02
CINGULAR WIRELESS          UNSECURED     NOT FILED          .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED      17340.06          .00      4035.03
LOYOLA UNIVERSITY HEALTH   UNSECURED     NOT FILED          .00          .00
LOYOLA UNIVERSITY MEDICA   UNSECURED     NOT FILED          .00          .00
LOYOLA UNIV PHYSICIAN FD   UNSECURED     NOT FILED          .00          .00
LOYOLA UNIVERSITY MEDICA   UNSECURED     NOT FILED          .00          .00
LOYOLA UNIVERSITY MEDICA   UNSECURED     NOT FILED          .00          .00
MARSHALL FIELDS            UNSECURED        846.19          .00       186.72
MACNEAL HOSPITAL           UNSECURED     NOT FILED          .00          .00
MACNEAL HOSPITAL           UNSECURED     NOT FILED          .00          .00
RIVERSIDE OB GYN           UNSECURED     NOT FILED          .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED       4728.80          .00      1100.39
RESURGENT CAPITAL SERVIC   UNSECURED       6247.04          .00      1453.68
RESURGENT CAPITAL SERVIC   UNSECURED       3587.06          .00       834.71
ECAST SETTLEMENT CORP      UNSECURED       3138.71          .00       730.38
ECAST SETTLEMENT CORP      UNSECURED        662.93          .00       103.10
ECAST SETTLEMENT CORP      UNSECURED          .00           .00          .00
COHEN & KROL               DEBTOR ATTY       .00                         .00
TOM VAUGHN                 TRUSTEE                                    765.60
DEBTOR REFUND              REFUND                                      32.63

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                13,509.00


                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 56711 GEORGE VELON III & CHARLENE G VELON
```

```
PRIORITY                                                           .00
SECURED                                                            .00
UNSECURED                                                    12,710.77
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                            765.60
DEBTOR REFUND                                                    32.63
                                       ---------------   ---------------
TOTALS                                       13,509.00         13,509.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 10/22/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```